# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NANCY FREEMAN | § | Case No. 14-28405 |
| MARC FREEMAN | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/01/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   235,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 99,538.22 |
   | Bank service fees | 140.45 |
   | Other payments to creditors | 30,820.11 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 89,501.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/08/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 14,250.00 , for a total compensation of $ 14,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 133.21 , for total expenses of $ 133.21 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2017          By: /s/Peter N. Metrou, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 14-28405   Doc 51   Filed 07/25/17   Entered 07/25/17 11:10:47   Desc Main
Document      Page 3 of 15

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-28405 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NANCY FREEMAN | | | | Date Filed (f) or Converted (c): | 08/01/2014 (f) |
| | MARC FREEMAN | | | | 341(a) Meeting Date: | 09/04/2014 |
| For Period Ending: | 07/24/2017 | | | | Claims Bar Date: | 12/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 411 Westridge Rd. Joliet IL  60431 | 490,000.00 | 0.00 | | 0.00 | FA |
| 2. 221 Springfield Av. Joliet IL  60435 | 450,000.00 | 0.00 | | 0.00 | FA |
| 3. 1/3 interest in mineral rights to 300+ acres of la | 6,000,000.00 | Unknown | OA | 0.00 | FA |
| 4. Chase-checking | 100.00 | 0.00 | | 0.00 | FA |
| 5. Chase-checking | 200.00 | 0.00 | | 0.00 | FA |
| 6. Chase-checking | 200.00 | 0.00 | | 0.00 | FA |
| 7. Chase-checking Account opened to hold proceeds fro | 100.00 | 0.00 | | 0.00 | FA |
| 8. Chase-Savings | 100.00 | 0.00 | | 0.00 | FA |
| 9. Ordinary furniture and household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Art, crystal | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 11. Ordinary clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12. Wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 13. K.N.R. Inc. 100% owners | Unknown | 0.00 | | 0.00 | FA |
| 14. Gorfrem Enterprises, Inc. 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 15. Personal injury claim against Northwestern Memoria | Unknown | Unknown | | 235,000.00 | FA |
| 16. Franchise with ReMax--ReMax Realty of Joliet | Unknown | 0.00 | | 0.00 | FA |
| 17. 2006 Jaguar XJL | 10,000.00 | 0.00 | | 0.00 | FA |
| 18. 2010 Ford Mustang | 15,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $6,978,400.00       $10,000.00       $235,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Employed atty for Trustee to investigate assets other than PI case on 12/12/2014 see Dkt# 27. Order granted on Motion for 2004 Exam on 12/19/2014 see Dkt# 29. Employed special counsel for pending PI case on 1/8/2015 see Dkt# 30.  Personal injury case potential trial March, 2017.  Investigation on Canadian Mineral rights continues by Counsel 12-9-2016. Filed Mt to Settle on 3/6/17 see Dkt#39.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 07/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-28405 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | NANCY FREEMAN | | Bank Name: | Associated Bank |
| | MARC FREEMAN | | Account Number/CD#: | XXXXXX5918 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1068 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/24/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/17 | | Northwestern Medicine<br>541 N. Fairbanks Ct, 16th Floor<br>Chicago, IL 60611 | Court Approved Payment | | $209,235.89 | | $209,235.89 |
| | | | Gross Receipts  $235,000.00 | | | | |
| | | | Medicare Lien  ($25,764.11) | 4210-000 | | | |
| | 15 | | Personal injury claim against  $235,000.00<br>Northwestern Memoria | 1142-000 | | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.45 | $209,095.44 |
| 06/07/17 | 5001 | Marc and Nancy Freeman<br>411 Westridge Rd.<br>Joliet, IL 60431 | Debtor's Exemption<br>See dckt# 42 | 8100-002 | | $15,000.00 | $194,095.44 |
| 06/07/17 | 5002 | BlueCross/BlueShield of Illinois<br>BlueCross/Blue/Shield of Illinois | Court Approved Payment<br>See dckt# 42 | 4210-000 | | $5,056.00 | $189,039.44 |
| 06/07/17 | 5003 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Court Approved Attorneys fees<br>See dckt# 42. | 3210-000 | | $78,333.34 | $110,706.10 |
| 06/07/17 | 5004 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Court Approved Attorneys Costs<br>See dckt# 42 | 3220-000 | | $16,974.63 | $93,731.47 |
| 06/16/17 | 5005 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt# 46 | 3210-000 | | $4,082.50 | $89,648.97 |
| 06/16/17 | 5006 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 46 | 3220-000 | | $147.75 | $89,501.22 |

|  | COLUMN TOTALS | $209,235.89 | $119,734.67 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:            $209,235.89          $119,734.67

|  | | |
|---|---:|---:|
| Subtotal | $209,235.89 | $119,734.67 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $209,235.89 | $104,734.67 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5918 - Checking | $209,235.89 | $104,734.67 | $89,501.22 |
|  | $209,235.89 | $104,734.67 | $89,501.22 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $25,764.11 |
| Total Net Deposits: | $209,235.89 |
| Total Gross Receipts: | $235,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28405-BWB  
Debtor Name: NANCY FREEMAN  
Claims Bar Date: 12/8/2014  

Date: July 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Marc and Nancy Freeman<br>411 Westridge Rd.<br>Joliet, IL 60431 | Administrative<br>Payment Status:<br>Valid To Pay | | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $14,250.00 | $14,250.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $133.21 | $133.21 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt#46. | $0.00 | $4,082.50 | $4,082.50 |
| 100 3210 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt# 42. | $0.00 | $78,333.34 | $78,333.34 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt#46 | $0.00 | $147.75 | $147.75 |
| 100 3220 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $16,974.63 | $16,974.63 |
| 4 280 5800 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,478.13 | $3,478.13 |
| 1 300 7100 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $955.38 | $955.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28405-BWB                                                                   Date: July 24, 2017
Debtor Name: NANCY FREEMAN
Claims Bar Date: 12/8/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,159.35 | $5,159.35 |
| 3 300 7100 | CASHCALL, INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $254.03 | $0.00 | $0.00 |
| 4 300 7100 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,274.44 | $5,274.44 |
| 5 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,624.74 | $1,638.33 | $1,638.33 |
| 6 300 7100 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured<br>Payment Status:<br>Valid To Pay | | $38,397.26 | $31,682.41 | $31,682.41 |
| 9 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $3,532.48 | $3,482.48 | $3,482.48 |
| 10 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $828.52 | $828.52 |
| 11 300 7100 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,813.95 | $663.43 | $663.43 |
| 12 300 7100 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,747.95 | $1,747.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28405-BWB  
Debtor Name: NANCY FREEMAN  
Claims Bar Date: 12/8/2014  

Date: July 24, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 300 7100 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,240.62 | $4,055.62 | $4,055.62 |
| 14 300 7100 | CERASTES WTB, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,500.00 | $1,500.00 |
| 15 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,000.00 | $7,109.76 | $7,109.76 |
| 16 300 7100 | MYLES AND BARBARA JACOBS<br>3012 HAVEN CT.<br>JOLIET, IL 60435 | Unsecured<br>Payment Status:<br>Valid To Pay | | $500,000.00 | $609,000.00 | $609,000.00 |
| 17 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CHASE BANK USA, N.A. (CHASE<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,463.58 | $1,463.58 | $1,463.58 |
| 18 300 7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CHASE BANK USA, N.A. (CHASE<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | | $2,406.80 | $2,270.75 | $2,270.75 |
| 7 400 4110 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES<br>PO BOX 62180<br>COLORADO SPRING, CO 80962 | Secured<br>Payment Status:<br>Withdrawn | | $0.00 | $2,034.26 | $2,034.26 |
| 8 400 4110 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES<br>PO BOX 62180<br>COLORADO SPRING, CO 80962 | Secured<br>Payment Status:<br>Withdrawn | | $0.00 | $13,459.62 | $13,459.62 |
| 400 4210 | BlueCross/BlueShield<br>BlueCross/Blue/Shield of Illinois | Secured<br>Payment Status:<br>Valid To Pay | Per c/o Dkt#42. | $0.00 | $5,056.00 | $5,056.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28405-BWB  Date: July 24, 2017
Debtor Name: NANCY FREEMAN
Claims Bar Date: 12/8/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4210 | Medicare<br>c/o Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $25,764.11 | $25,764.11 |
| | Case Totals | | | $572,733.46 | $855,545.55 | $855,545.55 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 4  Printed: July 24, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-28405
Case Name: NANCY FREEMAN
       MARC FREEMAN
Trustee Name: Peter N. Metrou, Trustee

    Balance on hand                                  $        89,501.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BlueCross/BlueShield | $ 5,056.00 | $ 5,056.00 | $ 5,056.00 | $ 0.00 |
| | Medicare | $ 25,764.11 | $ 25,764.11 | $ 0.00 | $ 0.00 |

    Total to be paid to secured creditors                      $            0.00

    Remaining Balance                                     $        89,501.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 133.21 | $ 0.00 | $ 133.21 |
| Attorney for Trustee Fees: Jerry Latherow | $ 78,333.34 | $ 78,333.34 | $ 0.00 |
| Other: FactorLaw | $ 4,082.50 | $ 4,082.50 | $ 0.00 |
| Other: FactorLaw | $ 147.75 | $ 147.75 | $ 0.00 |
| Other: Jerry Latherow | $ 16,974.63 | $ 16,974.63 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses         $        14,383.21

    Remaining Balance                                     $        75,118.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,478.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 3,478.13 | $ 0.00 | $ 3,478.13 |

Total to be paid to priority creditors $ 3,478.13

Remaining Balance $ 71,639.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 676,832.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ALTAIR OH XIII, LLC | $ 955.38 | $ 0.00 | $ 101.12 |
| 2 | ALTAIR OH XIII, LLC | $ 5,159.35 | $ 0.00 | $ 546.10 |
| 3 | CASHCALL, INC. | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | INTERNAL REVENUE SERVICE | $ 5,274.44 | $ 0.00 | $ 558.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,638.33 | $ 0.00 | $ 173.41 |
| 6 | PNC BANK, N.A. | $ 31,682.41 | $ 0.00 | $ 3,353.45 |
| 9 | CAPITAL ONE BANK (USA), N.A. | $ 3,482.48 | $ 0.00 | $ 368.61 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $ 828.52 | $ 0.00 | $ 87.70 |
| 11 | WELLS FARGO BANK NA | $ 663.43 | $ 0.00 | $ 70.22 |
| 12 | WELLS FARGO BANK NA | $ 1,747.95 | $ 0.00 | $ 185.01 |
| 13 | WELLS FARGO BANK NA | $ 4,055.62 | $ 0.00 | $ 429.27 |
| 14 | CERASTES WTB, LLC | $ 1,500.00 | $ 0.00 | $ 158.77 |
| 15 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,109.76 | $ 0.00 | $ 752.54 |
| 16 | MYLES AND BARBARA JACOBS | $ 609,000.00 | $ 0.00 | $ 64,460.14 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,463.58 | $ 0.00 | $ 154.91 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,270.75 | $ 0.00 | $ 240.35 |

Total to be paid to timely general unsecured creditors                $ 71,639.88

Remaining Balance                $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE