IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-28405 |
| | ) | CHAPTER 7 |
| NANCY FREEMAN, | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:    See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 26th day of July, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

        */s/ Peter N. Metrou*
        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Capital One c/oNorth Lake Group,Inc
PO Box 390 846
Minneapolis, MN 55439-0846

Capital One Payment Remittance
Payment Processing
PO Box 71083
Charlotte, NC 28272-1083

Carsons
PO Box 659813
San Antonio, TX 78265-9113

CASHCALL INC
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

CASHCALL, INC.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121-3132

CERASTES WTB, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Chase Card Services
PO Box 94014
Palatine, IL 60094-4014

Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

CITI Business Card
Processing Center
Des Moines, IA 50363-0005

D&I Electronics
24802 Caton Farm Rd.
Plainfield, IL 60586-9214

Nordstrom Bank
P.O. Box 79134
Phoenix, AZ 85062-9134

Dell Business Credit Payment Center
PO Box 5275
Carol Stream, IL 60197-5275

First Midwest Bank
c/o The Collins Law Firm
1770 Park St.
Naperville, IL 60563-4865

First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143-1254

Franklin Credit Mgmt. Corp.
P.O. Box 5147
Carol Stream, IL 60197-5147

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Lincoln Automotive Financial Services
PO Box 62180
Colorado Spring, CO 80962-2180

Lincoln Automotive Financial Svcs.
P.O. Box 790093
Saint Louis, MO 63179-0093

Marc Freeman
411 Westridge Rd.
Joliet, IL 60431-4881

Myles & Barbara Jacobs
3012 Haven Ct.
Joliet, IL 60435-2831

Nancy Freeman
411 Westridge Rd.
Joliet, IL 60431-4881

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

SERVICE LIST

| | | |
|---|---|---|
| Target<br>PO Box 660170<br>Dallas, TX 75266-0170 | Wells Fargo Financial Cards<br>PO Box 660041<br>Dallas, TX 75266-0041 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285-6177 |
| PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Select Portfolio Servicing, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | Select Portfolio Servicing, Inc., as servici<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Select Portfolio Servicing, Inc., as servici<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 |

**Via ECF:**

| | | |
|---|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525-6864 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
NANCY FREEMAN § Case No. 14-28405
MARC FREEMAN §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/01/2017 in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2017           By: /s/ Peter N. Metrou
                                      Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| NANCY FREEMAN | § | Case No. 14-28405 |
| MARC FREEMAN | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 235,000.00 |
| and approved disbursements of | $ | 145,498.78 |
| leaving a balance on hand of[1] | $ | 89,501.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | BlueCross/BlueShield | $ 5,056.00 | $ 5,056.00 | $ 5,056.00 | $ 0.00 |
| | Medicare | $ 25,764.11 | $ 25,764.11 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 89,501.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Peter N. Metrou | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 133.21 | $ 0.00 | $ 133.21 |
| Attorney for Trustee Fees: Jerry Latherow | $ 78,333.34 | $ 78,333.34 | $ 0.00 |
| Other: FactorLaw | $ 4,082.50 | $ 4,082.50 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: FactorLaw | $ 147.75 | $ 147.75 | $ 0.00 |
| Other: Jerry Latherow | $ 16,974.63 | $ 16,974.63 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 14,383.21 |
| Remaining Balance | $ 75,118.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,478.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 3,478.13 | $ 0.00 | $ 3,478.13 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 3,478.13 |
| Remaining Balance | $ 71,639.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 676,832.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ALTAIR OH XIII, LLC | $ 955.38 | $ 0.00 | $ 101.12 |
| 2 | ALTAIR OH XIII, LLC | $ 5,159.35 | $ 0.00 | $ 546.10 |
| 3 | CASHCALL, INC. | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $ 5,274.44 | $ 0.00 | $ 558.28 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,638.33 | $ 0.00 | $ 173.41 |
| 6 | PNC BANK, N.A. | $ 31,682.41 | $ 0.00 | $ 3,353.45 |
| 9 | CAPITAL ONE BANK (USA), N.A. | $ 3,482.48 | $ 0.00 | $ 368.61 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $ 828.52 | $ 0.00 | $ 87.70 |
| 11 | WELLS FARGO BANK NA | $ 663.43 | $ 0.00 | $ 70.22 |
| 12 | WELLS FARGO BANK NA | $ 1,747.95 | $ 0.00 | $ 185.01 |
| 13 | WELLS FARGO BANK NA | $ 4,055.62 | $ 0.00 | $ 429.27 |
| 14 | CERASTES WTB, LLC | $ 1,500.00 | $ 0.00 | $ 158.77 |
| 15 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,109.76 | $ 0.00 | $ 752.54 |
| 16 | MYLES AND BARBARA JACOBS | $ 609,000.00 | $ 0.00 | $ 64,460.14 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,463.58 | $ 0.00 | $ 154.91 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,270.75 | $ 0.00 | $ 240.35 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 71,639.88 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.