UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NANCY FREEMAN | § | Case No. 14-28405 |
| MARC FREEMAN | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 6,935,400.00          Assets Exempt: 58,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 105,938.12     Claims Discharged
                                                 Without Payment: 2,386,137.97

Total Expenses of Administration: 114,061.88

3) Total gross receipts of $ 235,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 220,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,753,384.05 | $ 72,078.10 | $ 72,078.10 | $ 30,820.11 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 114,061.88 | 114,061.88 | 114,061.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,219.10 | 3,478.13 | 3,478.13 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 575,039.75 | 680,868.41 | 680,868.41 | 75,118.01 |
| **TOTAL DISBURSEMENTS** | $ 2,334,642.90 | $ 870,486.52 | $ 870,486.52 | $ 220,000.00 |

4) This case was originally filed under chapter 7 on 08/01/2014 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018           By:/s/Peter N. Metrou, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim against Northwestern Memoria | 1142-000 | 235,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$235,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marc and Nancy Freeman | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank c/o The Collins Law Firm 1770 Park St. Naperville, IL 60563 | | 866,364.67 | NA | NA | 0.00 |
| | Franklin Credit Mgmt. Corp. P.O. Box 5147 Carol Stream, IL 60197-5147 | | 161,615.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincoln Automotive Financial Svcs. P.O. Box 790093 Saint Louis, MO 63179-0093 | | 21,000.00 | NA | NA | 0.00 |
| | Lincoln Automotive Financial Svcs. P.O. Box 790093 Saint Louis, MO 63179-0093 | | 18,464.00 | NA | NA | 0.00 |
| | Select Portfolio Servicing, Inc. PO Box 65450 Salt Lake City, UT 84165-0450 | | 639,370.06 | NA | NA | 0.00 |
| | Springleaf P.O. Box 790368 Saint Louis, MO 63179-0368 | | 46,569.78 | NA | NA | 0.00 |
| 7 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | 4110-000 | NA | 2,034.26 | 2,034.26 | 0.00 |
| 8 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | 4110-000 | NA | 13,459.62 | 13,459.62 | 0.00 |
| | BlueCross/BlueShield | 4210-000 | NA | 5,056.00 | 5,056.00 | 5,056.00 |
| | Medicare | 4210-000 | NA | 25,764.11 | 25,764.11 | 0.00 |
| | Northwestern Medicine | 4210-000 | NA | 25,764.11 | 25,764.11 | 25,764.11 |
| **TOTAL SECURED CLAIMS** | | | $ 1,753,384.05 | $ 72,078.10 | $ 72,078.10 | $ 30,820.11 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 14,250.00 | 14,250.00 | 14,250.00 |
| Peter N. Metrou | 2200-000 | NA | 133.21 | 133.21 | 133.21 |
| Associated Bank | 2600-000 | NA | 140.45 | 140.45 | 140.45 |
| FactorLaw | 3210-000 | NA | 4,082.50 | 4,082.50 | 4,082.50 |
| Jerry Latherow | 3210-000 | NA | 78,333.34 | 78,333.34 | 78,333.34 |
| FactorLaw | 3220-000 | NA | 147.75 | 147.75 | 147.75 |
| Jerry Latherow | 3220-000 | NA | 16,974.63 | 16,974.63 | 16,974.63 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 114,061.88 | $ 114,061.88 | $ 114,061.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

Case 14-28405 Doc 57 Filed 01/23/18 Entered 01/23/18 14:37:32 Desc Main
Document Page 6 of 16


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 6,219.10 | NA | NA | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 3,478.13 | 3,478.13 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,219.10 | $ 3,478.13 | $ 3,478.13 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | 434.56 | NA | NA | 0.00 |
| | Capital One c/oNorth Lake Group,Inc PO Box 390 846 Minneapolis, MN 55439 | | 1,764.53 | NA | NA | 0.00 |
| | Capital One Payment Remittance Payment Processing PO Box 71083 Charlotte, NC 28272-1083 | | 4,455.27 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Payment Remittance Payment Processing PO Box 71083 Charlotte, NC 28272-1083 | | 5,209.35 | NA | NA | 0.00 |
| | CITI Business Card Processing Center Des Moines, IA 50363-0005 | | 1,022.15 | NA | NA | 0.00 |
| | Dell Business Credit Payment Center PO Box 5275 Carol Stream, IL 60197-5275 | | 1,262.73 | NA | NA | 0.00 |
| | Nordstrom Bank P.O. Box 79134 Phoenix, AZ 85062-9134 | | 1,893.06 | NA | NA | 0.00 |
| | Target PO Box 660170 Dallas, TX 75266-0170 | | 341.21 | NA | NA | 0.00 |
| | Wells Fargo Financial Cards PO 660041 Dallas, TX 75266-0041 | | 923.43 | NA | NA | 0.00 |
| 1 | ALTAIR OH XIII, LLC | 7100-000 | NA | 955.38 | 955.38 | 101.12 |
| 2 | ALTAIR OH XIII, LLC | 7100-000 | NA | 5,159.35 | 5,159.35 | 546.10 |
| 10 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 828.52 | 828.52 | 87.70 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,532.48 | 3,482.48 | 3,482.48 | 368.61 |
| 3 | CASHCALL, INC. | 7100-000 | 254.03 | 0.00 | 0.00 | 0.00 |
| 14 | CERASTES WTB, LLC | 7100-000 | NA | 1,500.00 | 1,500.00 | 158.77 |
| | CLERK OF THE BANKRUPTCY COURT | 7100-000 | NA | 4,036.41 | 4,036.41 | 4,036.41 |
| 15 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | 4,000.00 | 7,109.76 | 7,109.76 | 752.54 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 5,274.44 | 5,274.44 | 0.00 |
| 16 | MYLES AND BARBARA JACOBS | 7100-000 | 500,000.00 | 609,000.00 | 609,000.00 | 64,460.14 |
| 6 | PNC BANK, N.A. | 7100-000 | 38,397.26 | 31,682.41 | 31,682.41 | 3,353.45 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 1,463.58 | 1,463.58 | 1,463.58 | 154.91 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 2,406.80 | 2,270.75 | 2,270.75 | 240.35 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,624.74 | 1,638.33 | 1,638.33 | 173.41 |
| 11 | WELLS FARGO BANK NA | 7100-000 | 1,813.95 | 663.43 | 663.43 | 70.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | WELLS FARGO BANK NA | 7100-000 | NA | 1,747.95 | 1,747.95 | 185.01 |
| 13 | WELLS FARGO BANK NA | 7100-000 | 4,240.62 | 4,055.62 | 4,055.62 | 429.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 575,039.75 | $ 680,868.41 | $ 680,868.41 | $ 75,118.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-28405 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | NANCY FREEMAN | | | | Date Filed (f) or Converted (c): | 08/01/2014 (f) |
| | MARC FREEMAN | | | | 341(a) Meeting Date: | 09/04/2014 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 12/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 411 Westridge Rd. Joliet IL 60431 | 490,000.00 | 0.00 | | 0.00 | FA |
| 2. 221 Springfield Av. Joliet IL 60435 | 450,000.00 | 0.00 | | 0.00 | FA |
| 3. 1/3 interest in mineral rights to 300+ acres of la | 6,000,000.00 | Unknown | OA | 0.00 | FA |
| 4. Chase-checking | 100.00 | 0.00 | | 0.00 | FA |
| 5. Chase-checking | 200.00 | 0.00 | | 0.00 | FA |
| 6. Chase-checking | 200.00 | 0.00 | | 0.00 | FA |
| 7. Chase-checking Account opened to hold proceeds fro | 100.00 | 0.00 | | 0.00 | FA |
| 8. Chase-Savings | 100.00 | 0.00 | | 0.00 | FA |
| 9. Ordinary furniture and household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Art, crystal | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 11. Ordinary clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12. Wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 13. K.N.R. Inc. 100% owners | Unknown | 0.00 | | 0.00 | FA |
| 14. Gorfrem Enterprises, Inc. 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 15. Personal injury claim against Northwestern Memoria | Unknown | Unknown | | 235,000.00 | FA |
| 16. Franchise with ReMax--ReMax Realty of Joliet | Unknown | 0.00 | | 0.00 | FA |
| 17. 2006 Jaguar XJL | 10,000.00 | 0.00 | | 0.00 | FA |
| 18. 2010 Ford Mustang | 15,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,978,400.00 | $10,000.00 | | $235,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 14-28405 Doc 57 Filed 01/23/18 Entered 01/23/18 14:37:32 Desc Main Document Page 11 of 16

Employed atty for Trustee to investigate assets other than PI case on 12/12/2014 see Dkt# 27. Order granted on Motion for 2004 Exam on 12/19/2014 see Dkt# 29. Employed special counsel for pending PI case on 1/8/2015 see Dkt# 30. Personal injury case potential trial March, 2017. Investigation on Canadian Mineral rights continues by Counsel 12-9-2016. Filed Mt to Settle on 3/6/17 see Dkt#39. 12/12/17 mailed unclaimed funds check to the clerk of the court. Will TDR once check clears.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28405 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: NANCY FREEMAN | Bank Name: Associated Bank |
| MARC FREEMAN | Account Number/CD#: XXXXXX5918 |
| | Checking |
| Taxpayer ID No: XX-XXX1068 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/17 | | Northwestern Medicine<br>541 N. Fairbanks Ct, 16th Floor<br>Chicago, IL 60611 | Court Approved Payment | | $209,235.89 | | $209,235.89 |
| | | | Gross Receipts  $235,000.00 | | | | |
| | | | Medicare Lien  ($25,764.11) | 4210-000 | | | |
| | 15 | | Personal injury claim against  $235,000.00<br>Northwestern Memoria | 1142-000 | | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.45 | $209,095.44 |
| 06/07/17 | 5001 | Marc and Nancy Freeman<br>411 Westridge Rd.<br>Joliet, IL 60431 | Debtor's Exemption<br>See dckt# 42 | 8100-002 | | $15,000.00 | $194,095.44 |
| 06/07/17 | 5002 | BlueCross/BlueShield of Illinois<br>BlueCross/Blue/Shield of Illinois | Court Approved Payment<br>See dckt# 42 | 4210-000 | | $5,056.00 | $189,039.44 |
| 06/07/17 | 5003 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Court Approved Attorneys fees<br>See dckt# 42. | 3210-000 | | $78,333.34 | $110,706.10 |
| 06/07/17 | 5004 | Jerry Latherow<br>Latherow Law Office<br>321 N. Clark Street<br>Suite 1050<br>Chicago, IL 60654 | Court Approved Attorneys Costs<br>See dckt# 42 | 3220-000 | | $16,974.63 | $93,731.47 |
| 06/16/17 | 5005 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt# 46 | 3210-000 | | $4,082.50 | $89,648.97 |
| 06/16/17 | 5006 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 46 | 3220-000 | | $147.75 | $89,501.22 |
| 09/05/17 | 5007 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $14,383.21 | $75,118.01 |

Page Subtotals:                                                      $209,235.89     $134,117.88

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-28405 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | NANCY FREEMAN | Bank Name: | Associated Bank | |
|  | MARC FREEMAN | Account Number/CD#: | XXXXXX5918 | |
|  |  |  | Checking | |
| Taxpayer ID No: | XX-XXX1068 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 01/03/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($14,250.00) 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($133.21) 2200-000 | | | |
| 09/05/17 | 5008 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5800-000 | | $3,478.13 | $71,639.88 |
| 09/05/17 | 5009 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 1 representing a payment of 10.58 % per court order. | 7100-000 | | $101.12 | $71,538.76 |
| 09/05/17 | 5010 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 2 representing a payment of 10.58 % per court order. | 7100-000 | | $546.10 | $70,992.66 |
| 09/05/17 | 5011 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 4 representing a payment of 10.58 % per court order. | 7100-000 | | $558.28 | $70,434.38 |
| 09/05/17 | 5012 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 5 representing a payment of 10.58 % per court order. | 7100-000 | | $173.41 | $70,260.97 |
| 09/05/17 | 5013 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Final distribution to claim 6 representing a payment of 10.58 % per court order. | 7100-000 | | $3,353.45 | $66,907.52 |
| 09/05/17 | 5014 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 9 representing a payment of 10.58 % per court order. | 7100-000 | | $368.61 | $66,538.91 |

Page Subtotals: $0.00   $8,579.10

UST Form 101-7-TDR (10/1/2010) (Page: 13)

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-28405 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: NANCY FREEMAN | Bank Name: Associated Bank |
| MARC FREEMAN | Account Number/CD#: XXXXXX5918 |
| | Checking |
| Taxpayer ID No: XX-XXX1068 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/17 | 5015 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 10 representing a payment of 10.59 % per court order. | 7100-000 | | $87.70 | $66,451.21 |
| 09/05/17 | 5016 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Final distribution to claim 11 representing a payment of 10.58 % per court order. | 7100-000 | | $70.22 | $66,380.99 |
| 09/05/17 | 5017 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Final distribution to claim 12 representing a payment of 10.58 % per court order. | 7100-000 | | $185.01 | $66,195.98 |
| 09/05/17 | 5018 | WELLS FARGO BANK NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Final distribution to claim 13 representing a payment of 10.58 % per court order. | 7100-000 | | $429.27 | $65,766.71 |
| 09/05/17 | 5019 | CERASTES WTB, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 14 representing a payment of 10.58 % per court order. | 7100-000 | | $158.77 | $65,607.94 |
| 09/05/17 | 5020 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final distribution to claim 15 representing a payment of 10.58 % per court order. | 7100-000 | | $752.54 | $64,855.40 |
| 09/05/17 | 5021 | MYLES AND BARBARA JACOBS<br>3012 HAVEN CT.<br>JOLIET, IL 60435 | Final distribution to claim 16 representing a payment of 10.58 % per court order. | 7100-000 | | $64,460.14 | $395.26 |
| 09/05/17 | 5022 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CHASE BANK USA, N.A. (CHASE<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 17 representing a payment of 10.58 % per court order. | 7100-000 | | $154.91 | $240.35 |
| 09/05/17 | 5023 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CHASE BANK USA, N.A. (CHASE<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 18 representing a payment of 10.58 % per court order. | 7100-000 | | $240.35 | $0.00 |

Page Subtotals:  $0.00    $66,538.91

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28405 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: NANCY FREEMAN | Bank Name: Associated Bank |
| MARC FREEMAN | Account Number/CD#: XXXXXX5918 |
| | Checking |
| Taxpayer ID No: XX-XXX1068 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/17 | 5008 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal | 5800-000 | | ($3,478.13) | $3,478.13 |
| 12/06/17 | 5011 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 4 representing a payment of 10.58 % per court order. Reversal | 7100-000 | | ($558.28) | $4,036.41 |
| 12/11/17 | 5024 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL  60604 | Unclaimed Funds<br>Checks number 5008 and 5011 unclaimed. | 7100-000 | | $4,036.41 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $209,235.89 | $209,235.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $209,235.89 | $209,235.89 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $209,235.89 | $194,235.89 |

Page Subtotals: $0.00     $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5918 - Checking | $209,235.89 | $194,235.89 | $0.00 |
|  | $209,235.89 | $194,235.89 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $25,764.11 |
| Total Net Deposits: | $209,235.89 |
| Total Gross Receipts: | $235,000.00 |